IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-34-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER TO SEAL |
| GEORGE MAYS, | |
| Defendant. | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (CM/ECF #52) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 7th day of August, 2019.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE